UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAYQUAN JOHNSON,

                     Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS, ET AL.,

                     Defendants.

20-CV-10119 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued January 4, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 4, 2021
           New York, New York

                                             COLLEEN McMAHON
                                      Chief United States District Judge